# UNITED STATES DISTRICT COURT

for the

District of Oregon

__________ Division

Gregory smith Et AL
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Bend, Deschutes County Bend Police Dept, Deschutes Sheriff Dept
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 6:26-cv-01951-MC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Gregory Smith Et AL
Address: 275 NE 2nd street
Bend (City) OR (State) 97701 (Zip Code)
County: Deschutes
Telephone Number: 458-238-8775
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: City of Bend
Job or Title *(if known)*:
Address:
Bend (City) OR (State) 97701 (Zip Code)
County: Deschutes
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Deschutes County
Job or Title *(if known)*:
Address:
(City) OR (State) 97701 (Zip Code)
County: Deschutes
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Bend Police Dept

Job or Title *(if known)*:

Address:

Bend | OR | 97703
City | State | Zip Code

County: Deschutes

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Deschutes County Sheriff Dept

Job or Title *(if known)*:

Address:

Bend | OR | 97701
City | State | Zip Code

County: Deschutes

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

TSSA Juniper Ridge, Bend, OR

B. What date and approximate time did the events giving rise to your claim(s) occur?

Ongoing

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-18-26

Signature of Plaintiff [signature]

Printed Name of Plaintiff Gregory Smith

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

*City* *State* *Zip Code*

Telephone Number ______________

E-mail Address ______________

V.
City of Bend; Deschutes County; Bend Police, County Sherriff

UNITED STATES DISTRICT COURTDISTRICT OF OREGONCase No. _______VERIFIED COMPLAINT(42 U.S.C. §§ 1983, 1985(3), 1986, 1988; ADA Title II; ORS 195.500–195.530; ORS 30.865)I. INTRODUCTION1. Plaintiffs bring this civil-rights action under 42 U.S.C. § 1983 to challenge a systemic pattern and practice by the City of Bend and Deschutes County of unlawful campsite enforcement, defective notices, warrantless searches, property destruction, ADA violations, and displacement of medically fragile residents into lethal high-desert conditions.2. The City and County have repeatedly issued legally defective 72-hour notices, conducted premature sweeps, engaged in non-consensual audio/video surveillance inside private shelters, and seized and destroyed personal property without inventory or storage.3. The City's own enforcement actions demonstrate: a. "Confiscating, crushing in dumpsters… without generating written inventories or providing 30 days of secure local storage constitutes an illegal conversion of property." b. "Driving residents off managed land severs essential medical care connections, exposes individuals to lethal environmental weather…"4. These actions violate the Fourth Amendment, Fourteenth Amendment, ADA Title II, ORS 195.505, ORS 195.530, and multiple Oregon tort statutes.II. JURISDICTION AND VENUE5. Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343(a)(3).6. Venue is proper because all events occurred in Deschutes County, Oregon.III. PARTIES7. Plaintiffs are unhoused residents of Deschutes County, including Gregory Smith, Michael McDonald, Leslie Friel, Shawn Miller, Victoria Rae, and similarly situated individuals.8. Defendants are the City of Bend, Deschutes County, the Bend Police Department, the Deschutes County Sheriff's Office, enforcement officers, contractors, and DOES 1–100.IV. FACTUAL ALLEGATIONSA. Defective Notices Under ORS 195.5059. The City issued notices that were not bilingual, lacked timestamps, omitted geographic boundaries, failed to identify storage locations, and contained no code citations.10. Plaintiffs attest: "Every posted notice lacked required bilingual Spanish text, failed to define specific geographic boundaries, omitted legible timestamps… rendering the notices void ab initio."B. Premature Sweeps11. The City and County executed sweeps before the 72-hour statutory period expired, violating ORS 195.505 and procedural due process.C. Unlawful Seizure and Destruction of Property12. Defendants: "Confiscated, crushed in dumpsters, or forced coerced 'donations' of functional survival gear, tools, shelter materials, and vehicles…"13. This violates Lavan v. Los Angeles, Clement v. Glendale, and the Fourth Amendment.D. Warrantless Searches and Illegal Surveillance14. Defendants engaged in: "Non-consensual audio and video surveillance inside enclosed living quarters… in violation of ORS 165.540."15. This constitutes a Fourth Amendment violation.E. Fabrication and Backdating of Records16. The City and County engaged in: "fabrication and backdating of administrative records (including Case # JR2600172)."17. This supports a Devereaux v. Abbey fabrication-of-evidence claim.F. Arbitrary Trespass Exclusions18. Trespass exclusions were issued: "based entirely on off-site law enforcement interactions that bore no nexus to site safety."19. This violates procedural due process and equal protection.G. ADA Title II Violations20. Defendants refused accommodations: "Defendants categorically ignored my request for accommodations… and asserted that the ADA did not apply."21. This violates 28 C.F.R. § 35.130.H. Substantive Due Process – State-Created Danger22. Defendants' actions: "create an immediate, foreseeable danger to human survival."23. This meets Penilla, Munger, and Kennedy

standards.I. Monell Liability24. The City and County maintain a pattern and practice: "an established, documented custom of botching encampment closures… resulting in permanent deprivation of property."25. This is textbook Monell liability.V. CLAIMS FOR RELIEFClaim 1 – Fourth Amendment (42 U.S.C. § 1983)26. Warrantless searches, seizures, destruction of property.Claim 2 – Fourteenth Amendment Procedural Due Process (42 U.S.C. § 1983)27. Defective notices, no hearing, fabricated records.Claim 3 – Fourteenth Amendment Substantive Due Process – State-Created Danger (42 U.S.C. § 1983)28. Affirmative acts placing Plaintiffs in lethal danger.Claim 4 – Equal Protection (42 U.S.C. § 1983)29. Arbitrary land exclusion based on housing status.Claim 5 – ADA Title II (42 U.S.C. § 12132)30. Failure to provide reasonable accommodations.Claim 6 – Monell Liability (42 U.S.C. § 1983)31. Policies, customs, and practices causing constitutional violations.Claim 7 – Unlawful Electronic Surveillance (ORS 165.540; ORS 30.865)32. Non-consensual recording inside private shelters.Claim 8 – Statutory Conversion & Property Deprivation (ORS 195.505)33. Failure to inventory, store, or return property.Claim 9 – Negligence & Tort Claims (ORS 30.275)34. Property destruction and physical harm.VI. PRAYER FOR RELIEFPlaintiffs request:Declaratory judgmentTemporary Restraining OrderPreliminary InjunctionPermanent InjunctionCompensatory damagesPunitive damagesStatutory wiretap damagesAttorney fees under 42 U.S.C. § 1988Appointment of a special masterAny other relief the Court deems justVII. VERIFICATIONPlaintiffs verify under penalty of perjury that the foregoing is true and correct.

Gregory Smith 9-18-26
Orange92866@yahoo.com
4583288775